

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2566-W |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT OF DISMISSAL |
| ) | WITH PREJUDICE |
| UNION BANK OF CALIFORNIA, ) | |
| N.A., ) | |
| Defendant, ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court as requested by the United States Department of Justice, Criminal Division, the information filed in this case as to defendant, Union Bank of California, N.A. for failure to maintain an effective anti-money laundering program, in violation of Title 31, United States Code, Sections 5318(a)(2), 5318(h)(1) and 5322 is hereby dismissed with prejudice.

It is further ordered that the status hearing date of October 6, 2008 is vacated.

IT IS SO ORDERED.

Dated: October 1, 2008

_____
Hon Thomas J. Whelan
U.S. District Judge